**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  07-cr-00351-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.     ERNESTO PAIGE,

        Defendants.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will also confirm that, pursuant to the Order granting the Motion to Continue Change of Plea Hearing as to Defendant Paige, the change of plea hearing set **October 14, 2009 is VACATED and RESET for Thursday, November 12, 2009 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  *Defendant shall be present*.  An interpreter is required.

Dated:  October 8, 2009