**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  07-cr-00351-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.     ERNESTO PAIGE,

        Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the Change of Plea Hearing set for **Thursday, November 12, 2009 at 9:00 a.m.** is **VACATED and RESET to Monday, November 16, 2009 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant shall be present.  An interpreter is required.

Dated:  November 10, 2009