**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  07-cr-00351-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3.     ERNESTO PAIGE,

       Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that the sentencing hearing regarding Defendant Paige is set **Tuesday, January 26, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant shall be present.  An interpreter is required.

Dated:  November 16, 2009